No. 73–2011. RAMSEY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 73–2040. MANSON ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 73–2043. LEWIS, DBA AIRCO ENGINEERS v. UNITED STATES. Ct. Cl. Certiorari denied.

No. 73–2053. RIDLAND v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 73–2068. BARTEMIO v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 73–6042. HIGHT v. BELGRADE STATE BANK ET AL. Sup. Ct. Mont. Certiorari denied.

No. 73–6759. VALENZUELA v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 73–6828. STRADER v. ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 73–6835. FORD v. UNITED STATES; and
No. 73–7075. FORD ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 494 F. 2d 1295.

No. 73–6861. HANDY v. NELSON, WARDEN. Sup. Ct. Cal. Certiorari denied.

No. 73–6896. PERKINS v. GARRISON, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 73–6917. FITZGERALD ET AL. v. BOSLOW, INSTITUTION DIRECTOR, ET AL. C. A. 4th Cir. Certiorari denied.